THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAE NELSON, Appellant.—Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of book-making (Penal Law, § 986), and sentencing her to pay a fine of twenty-five dollars or, in default thereof, committing her to the City prison for

five days, unanimously affirmed. No opinion. Appeal from sentence dismissed. Present—Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.